1 Tammy Hussin, Esq. (Bar No. 155290)
2 Lemberg & Associates, LLC
6404 Merlin Drive
3 Carlsbad, CA 92011
4 Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com
5

6 Lemberg & Associates, LLC
A Connecticut Law Firm
7 1100 Summer Street
8 Stamford, CT  06905
Telephone:  (203) 653-2250
9 Facsimile:  (203) 653-3424

10
Attorneys for Plaintiff,
11 Kimberly Wyatt

12

13 UNITED STATES DISTRICT COURT

14 EASTERN DISTRICT OF CALIFORNIA

15 SACRAMENTO DIVISION

16

17 Kimberly Wyatt,                                    Case No.: 2:13-cv-00718-MCE-AC

18                 Plaintiff,                         **VOLUNTARY WITHDRAWAL**

19        vs.

20
RJA Capital, Inc. ; and DOES 1-10,
21 inclusive,

22
                Defendants.
23

24

25

26

27

28

2:13-cv-00718-MCE-AC                                          VOLUNTARY WITHDRAWAL

1

2

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

3

4

5

     Kimberly Wyatt ("Plaintiff"), by Plaintiff's attorney, hereby withdraws

6

the complaint and voluntarily dismisses this action, without prejudice, pursuant to

7

Fed. R. Civ. P. 41(a)(1)(A)(i).

8

9

10

                         By:   */s/   Tammy Hussin*

11

                         Tammy Hussin, Esq.

Lemberg & Associates, LLC

12

Attorney for Plaintiff, Kimberly Wyatt

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On February 12, 2014, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

**BY ELECTRONIC FILING:** I hereby certify that on February 12, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Defendants RJA Capital, Inc.**
**475 Ellicott Street, Apt. 401**
**Buffalo, NY 14203**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 12, 2014.

2:13-cv-00718-MCE-AC                                          VOLUNTARY WITHDRAWAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:＿＿*/s/   Tammy Hussin*＿＿＿＿＿
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Kimberly Wyatt

4